1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   HENRY A. JONES, JR.,                Case No. EDCV 15-0067 DDP (SS)

12                  Petitioner,

13        v.                                         **JUDGMENT**

14   J. SOTO, Warden,

15                  Respondent.

16

17        Pursuant   to   the   Court's   Order   Accepting   Findings,

18   Conclusions  and  Recommendations  of  United  States  Magistrate

19   Judge,

20

21        IT  IS  HEREBY  ADJUDGED  that  the  above-captioned  action  is

22   dismissed without prejudice.

23

24   DATED: 5/1/2015

25

26                                      _____
                                        DEAN D. PREGERSON
27                                      UNITED STATES DISTRICT JUDGE

28